Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00843-CV

**SPARTAN FINANCIAL, L.P.**,
Appellant

v.

**DEBORAH MYERS REAL ESTATE, INC.** and Charles Ray, Individually and doing business
as Silver Dollar Properties,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-14958
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  December 29, 2010.

DISMISSED

        The appellant has filed an unopposed motion to dismiss this appeal.  We grant the motion

and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).


                                PER CURIAM